UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER,** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **CIGNA HEALTHCARE OF TENNESSEE, INC.** | **CASE NO: 05-2091** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with Order Of Dismissal With Prejudice At The Cost Of The Plaintiff entered on April 13, 2005, this case is **DISMISSED** with prejudice at the cost of the Plaintiff..

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

4-25-2005
Date

ROBERT R. DI TROLIO

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-2-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02091 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Karen Ellis
Bass, Berry & Sims PLC
315 Deaderick St. Ste 2700
Nashville, TN 37238

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT